FILED

01/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0330

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                        O R D E R

BRADLEY MEFFORD,

     Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the brief of Amici Curiae, American Civil Liberties Union Foundation of Montana and American Civil Liberties Union Foundation, filed electronically on January 19, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 11(6)(b)(v) requires that the cover page and first page of the brief include the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of respective counsel for the parties identifying the party counsel represents. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Amici Curiae shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Amici Curiae shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed.

The Clerk is directed to provide a true copy of this Order to the Amici Curiae and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
January 20 2022